[No. 47610-0-II.   Division Two.   August 30, 2016.]

THE STATE OF WASHINGTON, *Respondent*, V. AUDRA MICHELLE MINIER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-00143-6, Derek J. Vanderwood, J., entered May 4, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 47756-4-II.   Division Two.   August 30, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMARA CHURCHILL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-00012-6, Jennifer A. Forbes, J., entered June 5, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Lee and Sutton, JJ.

[No. 47843-9-II.   Division Two.   August 30, 2016.]

PUYALLUP RIDGE, LLC, *Respondent*, v. COURTNEY RIDGE ESTATES OWNERS ASSOCIATION, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-15358-4, Bryan E. Chushcoff, J., entered July 10, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 47874-9-II.   Division Two.   August 30, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. C.J.L., *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 15-8-00006-4, Michael J. Sullivan, J., entered July 8, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Maxa, JJ.